IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLYDE WALLACE**                                                                                       **PETITIONER**

v.                                    NO. 4:22-cv-01067-JM

**DEXTER PAYNE**                                                                                       **RESPONDENT**

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Dexter Payne ("Payne") is granted. See Docket Entry 9. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Clyde Wallace ("Wallace") is dismissed without prejudice. All requested relief is denied, and judgment will be entered for Payne. In

accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Wallace cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 24th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE