IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLYDE WALLACE**                                                                                       **PETITIONER**

v.                              NO. 4:22-cv-01067-JM

**DEXTER PAYNE**                                                                                       **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 24th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE